**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF VERA GAZAK, DECEASED | : No. 517 EAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: F. RICHARD GAZAK | : the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2019, the Petition for Allowance of Appeal is

**DENIED**.